# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**V.**          **CASE NO. 5:17-CR-50017**

**HJESTIE OLITTA SOMMER**             **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 37) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on June 1, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 37) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Doc. 28) is **DENIED**.

**IT IS SO ORDERED** on this 22nd day of June, 2020.

                                              /s/ Timothy L. Brooks
                                              TIMOTHY L. BROOKS
                                              UNITED STATES DISTRICT JUDGE